In the Matter of GEORGE DOREMUS, Respondent, against TOWN OF RAMAPO, Appellant, and TALLMAN FIRE DISTRICT, Respondent.— Proceeding by an injured volunteer fireman to compel payment of benefits under section 205 of the General Municipal Law (as it existed prior to amendment by L. 1953, ch. 852). The order on appeal directs payment thereof by the Town of Ramapo, Rockland County, and its insurance carrier, the Hartford Accident and Indemnity Company, and dismisses the petition against the Tallman Fire District and its insurance carrier, the Employers' Liability Assurance Corporation, Ltd. The appeal is solely by the Town of Ramapo. Order of the County Court, Rockland County, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■

In the Matter of the General Assignment for the Benefit of Creditors of VINCENT GUARINO, Assignor, to LILY A. WIENKEN, Assignee-Respondent. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant; DEPARTMENT OF AUDIT AND CONTROL, STATE OF NEW YORK, Respondent.— President and Directors of the Manhattan Company appeal from an order directing the State of New York to pay over to respondent Wienken, the assignee for the benefit of the creditors of Vincent Guarino, $1,085, a refund for the surrender of Guarino's liquor license. Prior to the assignment for the benefit of creditors Guarino had assigned to appellant, as security for a loan, "all monies due or to become due to the Assignor as a refund if any license or permit ＊ ＊ ＊ is surrendered, cancelled or revoked". It is conceded by all the parties that the refund is due and payable to either the appellant or the respondent Wienken. Order affirmed, with $10 costs and disbursements to respondent Wienken, payable by appellant. The assignment to appellant did not pass title to the refund when it subsequently became payable, but at most created an equitable lien between the parties thereto. (*Matter of Frank* v. *Lutton*, 267 App. Div. 703; *Matter of Alchar Realty Corp.* v. *Meredith Restaurant*, 256 App. Div. 853; *Palmer* v. *Tremaine*, 259 App. Div. 951.) Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.